THE PEOPLE *ex rel.* County Collector of Sangamon County, Appellee, *vs.* DAVID L. HAIRE *et al.* Appellants.

*Opinion filed December 17, 1907.*

This case is controlled by the decision in the case of *Patton* v. *People,* 229 Ill. 512.

APPEAL from the County Court of Sangamon county; the Hon. GEORGE W. MURRAY, Judge, presiding.

JAMES A. CONNOLLY, for appellants.

FRANK L. HATCH, State's Attorney, JAMES M. TAYLOR, and LESLIE J. TAYLOR, for appellee.

Per CURIAM: This is an appeal by David L. Haire and ten other land owners in Sangamon county from the judgments of the county court of that county rendered against their lands at the June term, 1907, for delinquent drainage assessments, for the use of drainage district No. 1 of the town of Divernon, in said county.

The question upon which this case turns has been determined adversely to the contention of appellants by this court in the case of *Patton* v. *People,* 229 Ill. 512. The opinion there is decisive here.

The judgments of the county court will be affirmed.

*Judgments affirmed.*